Larry BERMAN, Plaintiff,

v.

GERBER PRODUCTS COMPANY, George M. Burditt, Dena C. Cedarquist, Harrington M. Cummings, J. Russell Fowler, Arthur J. Frens, Daniel F. Gerber, Floyd N. Head, Richard L. McAuliffe, William L. McKinley, Carl G. Smith, Gloria S. Spitz, John C. Suerth, Raymond A. Weigel and Charles F. Whitten, Defendants.

Mary Oliver SHANNON, Plaintiff,

v.

George M. BURDITT et al., Defendants.

Joan WEISBERG, Plaintiff,

v.

George M. BURDITT et al., Defendants.

LULLABY INFANT'S WEAR COMPANY, INC., on behalf of itself and all others similarly situated, Plaintiffs,

v.

GERBER PRODUCTS COMPANY, INC., et al., Defendants.

G77–402 C.A., G77–404 C.A., G77–440 C.A. and G77–489 C.A.

United States District Court,
W. D. Michigan, S. D.

July 19, 1978.

Rabin & Silverman, New York City, I. Stephen Rabin, New York City, of counsel, DeGroot, Kalliel, Triant & Conklin, Grand Rapids, Mich., A. Ray Kalliel, Grand Rapids, Mich., of counsel, for plaintiffs.

Warner, Norcross & Judd, Grand Rapids, Mich., John D. Tully, Grand Rapids, Mich., of counsel, for Gerber Products, Inc.

Cholette, Perkins & Buchanan, Grand Rapids, Mich., Grant J. Gruel, Grand Rapids, Mich., of counsel, for individual defendants.

ORDER

NOEL P. FOX, Chief Judge.

Defendants having filed motions to dismiss this cause or for summary judgment, and plaintiffs having stipulated not to oppose said motions, for the reasons set forth in the accompanying Opinion defendants' motions for summary judgment are hereby granted.

IT IS SO ORDERED.